# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 6:11-cv-01291-TC-JPO |
| COFFEYVILLE RESOURCES REFINING & MARKETING, LLC, | |
| Defendant. | |

## JOINT STIPULATION TERMINATING CONSENT DECREES

The United States of America (United States or Plaintiff) and Coffeyville Resources Refining & Marketing, LLC (CRRM or Defendant), respectfully request that the Court approve this Joint Stipulation Terminating (two) Consent Decrees.

1.  On September 23, 2011 the United States filed a Complaint in the above captioned action (ECF No. 1) asserting the following claims.

    - Claims for penalties and injunctive relief under Sections 301 and 311 of the Clean Water Act (CWA), 33 U.S.C. §§ 1311, 1321, relating to a June 30 and July 1, 2007 discharge of approximately 2145 barrels of crude oil, diesel fuel, and oily water from several sources within CRRM's Coffeyville, Kansas refinery;

    - Claims for reimbursement of removal costs, interest, administrative costs and attorneys' fees under Section 311 of the CWA, 33 U.S.C. § 1321, and Section 1002(a) of the Oil Pollution Act of 1990 (OPA), 33 U.S.C. § 2702(a), incurred by the United States in responding to the June 30 and July 1, 2007 oil spill; and

    - Claims for penalties and injunctive relief for alleged violations of Section 112(r) of the Clean Air Act (CAA), 42 U.S.C. § 7412(r), and its Risk Management Program regulations (RMP), 40 C.F.R. Part 68, at CRRM's Coffeyville, Kansas refinery.

2.  On March 25, 2013, the Court entered a Consent Decree (ECF No. 50) resolving

*United States v. CRRM*, Joint Stipulation

the United States' CWA and OPA claims (CWA/OPA Consent Decree).

3. On July 2, 2013, the Court entered a Consent Decree (ECF No. 72) resolving the United States' CAA RMP claims (CAA/RMP Consent Decree).

4. On October 28, 2020, CRRM submitted a Request for Termination of the CAA/RMP Consent Decree pursuant to Paragraphs 77 and 78 of that Consent Decree. Paragraphs 77 and 78 provide:

> 77. After Defendant has completed the following requirements, the Consent Decree may be terminated in accordance with the procedures set forth in Paragraphs 78-79 below:
>
> a. Paid the civil penalty under paragraph 13 and any stipulated penalties;
>
> b. Completed the Risk Management Program Audits under Paragraph 16 and submitted the audit reports under Paragraph 17;
>
> c. Completed the Vessel Audit and submitted the audit report under Paragraph 18;
>
> d. Completed the HF Audit and submitted the audit report under Paragraph 19;
>
> e. Implemented steps necessary to correct noncompliance under Paragraph 20. However, this does not include completion of ongoing obligations (including but not limited to ongoing tank inspections) scheduled to be conducted after other requirements contained in this Consent Decree are completed;
>
> f. Updated the RMP plan in accordance with Paragraph 21;
>
> g. Completed the Process Hazard Analysis, submitted the compliance schedule and completed the PHA recommendation in accordance with Paragraph 23; and
>
> h. Complied with the Good Engineering Practices in accordance with Paragraph 22.
>
> 78. Once Defendant has completed the requirements set forth in Paragraph 77 above, it may submit to the United States a Request for Termination. Following receipt by the United States of Defendant's Request for Termination, the Parties shall confer informally concerning the request and any disagreement that the Parties may have as to whether Defendant has satisfactorily completed requirements for termination of this Consent Decree as detailed in Paragraph 77 above. If the United States agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

*United States v. CRRM,* Joint Stipulation

5.      On October 29, 2020, CRRM submitted a Request for Termination of the CWA/OPA Consent Decree pursuant to Paragraphs 74 and 75 of that Consent Decree. Paragraphs 74 and 75 provide:

> 74.     After Defendant has completed the following requirements, the Consent Decree may be terminated in accordance with the procedures set forth in Paragraphs 75-76 below:
>
>    a.      Paid the civil penalty under Paragraph 15, the response costs under Paragraph 16 and any stipulated penalties;
>
>    b.      Completed the CWA injunctive relief under Paragraph 18[.]
>
> 75.     Once Defendant has completed the requirements set forth in Paragraph 74 above, it may submit to the United States a Request for Termination. Following receipt by the United States of Defendant's Request for Termination, the Parties shall confer informally concerning the request and any disagreement that the Parties may have as to whether Defendant has satisfactorily completed requirements for termination of this Consent Decree as detailed in Paragraph 74 above. If the United States agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

6.      The United States has reviewed both Requests for Termination and conferred with EPA and agrees that CRRM has satisfactorily completed the requirements for termination as set forth in Paragraphs 77 and 74 of the CAA/RMP and CWA/OPA Consent Decrees, respectively.

Therefore, the United States and CRRM stipulate to the termination of both Consent Decrees and request the Court to approve this stipulation pursuant to Paragraphs 78 and 75 of the Consent Decrees, respectively.

DATED:  July 23, 2021                                   Respectfully submitted,


                                                                                    */s/ Elizabeth L. Loeb*
                                                                                     Elizabeth L. Loeb
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 616-8916
Elizabeth.loeb@usdoj.gov

*Attorney for Plaintiff United States of America*

*/s/ Eliot L. Kaplan*
Eliot L. Kaplan
KSD Bar No. 17068
Perkins Coie LLP
2901 North Central Ave., Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8385
Facsimile:  602.648.7028
Email: ekaplan@perkinscoie.com

LeAnn Johnson Koch (admitted Pro Hac Vice)
Perkins Coie LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005-3960
Telephone:  202.654.6209
Facsimile:  202.654.9943
Email: leannjohnson@perkinscoie.com

*Attorneys for Defendant Coffeyville Resources Refining & Marketing LLC*

**SO ORDERED,**

The Joint Stipulation Terminating Consent Decrees (ECF Nos. 50 and 72) is APPROVED.

Dated:   July 29         , 2021              s/  *Toby Crouse*
                                            Toby Crouse
                                            United States District Judge

*United States v. CRRM*, Joint Stipulation

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2021, I electronically filed the foregoing joint stipulation in the above-captioned proceeding with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

> Elizabeth L. Loeb
> Senior Attorney
> Environmental Enforcement Section
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044
> Elizabeth.loeb@usdoj.gov

Dated:  July 23, 2021

>> */s/ Eliot L. Kaplan*
>> Eliot L. Kaplan

*United States v. CRRM*, Joint Stipulation